UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| MARY SAMBA, | : | |
| | : | 18 U.S.C. §1347 (Health Care Fraud); |
| Defendant. | : | 22 DC Code §§ 22-3211, 22-3212(b) |
| | : | (Second Degree Theft). |

# I N F O R M A T I O N

The United States Attorney informs the Court:

### COUNT ONE
### HEALTH CARE FRAUD

**Introduction**

At all times material to this Information:

1. Medicaid was a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program was administered by the Medical Assistance Administration, which was an agency within the District of Columbia's Department of Health. Medicaid was a "health care benefit program" in that it was a public plan, affecting commerce, under which medical benefits, items, and services were provided to individuals.

2. The following were also health care benefit programs: Aetna Health Management; Alliance; Amerigroup; Carefirst BlueCross BlueShield; Cigna; EWTA; HSCSN; Guardian; MAMSI Life & Health Insurance Company; NCAS; Unicare; United Healthcare.

3. A psychiatrist was a medical doctor who specialized in the diagnosis, treatment, and prevention of mental illnesses. Medical doctors must be licensed in the state or jurisdiction where they work. If a medical doctor was registered by the Drug Enforcement Administration (which assigns physicians "DEA numbers") and if the medical doctor had permission from the District of Columbia, then the medical doctor could prescribe controlled substances in the District of Columbia.

4. Depending upon the contract, health care benefit programs may pay for psychiatric services provided to those covered by their programs. A clinic would bill a health care benefit program for a psychiatrist's services through the use of certain "codes" indicating that a medical doctor performed the service, if a licensed medical doctor actually performed the service.

5. The defendant MARY SAMBA ran a District of Columbia based clinic which provided mental health care services to patients, including Medicaid recipients and those covered by the other health care benefit programs listed above.

6. At some point before April 2006, the defendant MARY SAMBA advertised for a psychiatrist to work in her clinic in the District of Columbia, and a person identified in these proceedings as Mr. S applied. The defendant SAMBA hired Mr. S as a psychiatrist; he worked in the defendant SAMBA's clinic in the District of Columbia from about April 2006 to about the end of September 2006.

7. Mr. S was not a licensed medical doctor; he was not a psychiatrist; he was not authorized by the Drug Enforcement Administration ("DEA") or the District of Columbia to write prescriptions for controlled substances.

### The Scheme

8. From in or about April 2006 continuing until in or about September 2006, in the District of Columbia and elsewhere, the defendant MARY SAMBA, knowingly and willfully devised and executed a scheme and artifice to defraud health care benefit programs and to obtain money from them in connection with the payment for health care benefits, items, and services, by submitting or causing the submission of false claims to health care benefit programs for payments for psychiatric services that the defendant SAMBA knew were provided by a person who was not a medical doctor, not a psychiatrist, and not authorized to prescribe controlled substances.

### Purpose of the Scheme to Defraud

9. It was a purpose of the scheme to defraud that the defendant, MARY SAMBA, would trick health care benefit programs into paying her or her clinic approximately $15,759 for doctor services which were not rendered by a licensed, authorized, physician.

### The Manner and Means of the Scheme

10. It was a part of the scheme to defraud that the defendant MARY SAMBA hired Mr. S to provide psychiatric services in her clinic knowing that he was not a licensed medical doctor and that he had no authority from the DEA or the District of Columbia to write prescriptions for controlled substances.

11. It was a further part of the scheme to defraud that the defendant MARY SAMBA took no action to terminate or fire Mr. S when she became aware that Mr. S wrote prescriptions for controlled substances for patients at her clinic by forging other doctors' names and using their "DEA" numbers.

12.  It was a further part of the scheme to defraud that from April 2006 to the end of September 2006, the defendant MARY SAMBA submitted bills to the health care benefit programs for medical doctor services performed or allegedly performed by Mr. S. using "doctor" codes knowing that the services were not performed by a doctor. The defendant SAMBA submitted the claims using the names of actual licensed doctors falsely claiming that they had been the physicians rendering the services. As a result of these false bills, Ms. Samba's clinic received payment of approximately $15,759 from the health care benefit programs.

**(Health Care Fraud, in Violation
of Title 18, United States Code, Section 1347)**.

## COUNT TWO

### (THEFT IN THE SECOND DEGREE)

1.  Paragraphs 1 through 7 and 9 through 12 of Count One of this Information are realleged and incorporated by reference as if set out in full.

2.  From between in or about April 2006, until in or about September 2006, in a continuing course of conduct, in the District of Columbia, defendant MARY SAMBA wrongfully

obtained property, that is checks, by false pretenses from health care benefit programs with the intent to appropriate the property to her own use and to the use of third persons.

**(Theft in the Second Degree, in violation of Title 22, District of Columbia Code, Sections 3211(b)(2) and 3212(b)).**


JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia


By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732