CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

August 13, 2008

**UNITED STATES OF AMERICA**

v.                                                              Criminal No. **08-229**

**MARY SAMBA**

## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | **PLEA** |
| DATE: | **FRIDAY, AUGUST 29, 2008** |
| TIME: | **2:30 P.M.** |
| JUDGE: | **COLLEEN KOLLAR-KOTELLY** |
| COURTROOM: | **NO. 28A** |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____
Deputy Clerk

cc:   Chambers
      Courtroom Clerk
      Wendell Robinson, Esq.
      Virginia Cheatham, AUSA
      U.S. Probation Office
      Pretrial Services Office