UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08-229 (CKK) |
| | : | |
| v. | : | |
| | : | |
| MARY SAMBA, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S NOTICE REGARDING ELEMENTS OF OFFENSE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides the Court and counsel of notice of the elements of the offense of Theft in the Second Degree, in violation of Title 22, District of Columbia Code, Sections 3211(b)(2) and 3212(b)):

*First*, that the defendant wrongfully obtained property of another;

*Second*, that at the time the defendant obtained the property, she specifically intended either to deprive the owner of a right to the property or a benefit of the property or to take or make use of the property for herself or for another person, without authority or right; and

*Third*, that when the defendant obtained the property, it had some value.

Instruction 4.38, Criminal Jury Instructions for the District of Columbia, April 2008.

"'Property of another' means anything of value owned by someone other than the defendant. . . To obtain property of another wrongfully is to take control of it by trick, false pretense . . . or deception." *Id.* at Instruction 4.38C. "A 'false pretense' is a false representation of a past or existing fact, which the defendant knows is false, and on which the owner relies in making its decision to give up its property to another." *Ibid*.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia


By: _____/s/_____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732


CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August 2008, a copy of the foregoing Government's Notice of Elements of the Offense has been sent via electronic case filing to: counsel for the defendant Mary Samba, Wendell C. Robinson, Esq.

_____/s/_____
Virginia Cheatham
Assistant U.S. Attorney