AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Mary Samba | WAIVER OF INDICTMENT<br><br>**FILED**<br>CASE NUMBER: 08-229<br><br>AUG 2 9 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, __MARY SAMBA__, the above named defendant, who is accused of

VIOLATING: 18 U.S.C. § 1347 (Health Care Fraud) AND D.C. Code § 22-3211(b)(2) (Theft in the 2nd Degree)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/29/2008__
                         Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
            Judicial Officer