UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 08- 229 |
| | : | |
| v. | : | |
| | : | |
| MARY SAMBA, | : | |
| | : | |
| Defendant. | : | |

**FILED**

AUG 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Mary Samba agrees and stipulates as follows:

Medicaid is a health care benefit program, jointly funded by the federal government and the District of Columbia, created to provide medical assistance and other benefits for certain individuals and families, typically those with low incomes and a lack of financial resources. In the District of Columbia, the Medicaid program is administered by the Medical Assistance Administration (MAA), which is an agency within the District of Columbia's Department of Health.

The following are also health care benefit programs: Carefirst BlueCross BlueShield; Cigna; Magellan Health Services; Aetna Health Management; Colonial Health Care, Inc.; MAMSI Life & Health Insurance Company; Optimum Choice, Inc.; and Electrical Welfare Trust Fund.

A psychiatrist is a medical doctor who specializes in the diagnosis, treatment, and prevention of mental illnesses. Medical doctors must be licensed in the state or jurisdiction where they work. If a medical doctor is registered by the Drug Enforcement Administration (which assigns physicians "DEA numbers"), then the medical doctor may prescribe controlled substances. In order to write prescriptions for controlled substances in the District of Columbia,

a medical doctor must also have permission from the District of Columbia's Controlled Substances Board. Depending upon the contract, health care benefit programs may pay for psychiatric services provided to those covered by their programs. A clinic would bill a health care benefit program for a psychiatrist's services, through the use of certain "codes" indicating that a medical doctor performed the service, if a licensed medical doctor actually performed the service.

Mary Samba advertised for a psychiatrist to work in her clinic, and a person identified in these proceedings as Mr. S applied. Ms. Samba's clinic provides mental health services to patients, including Medicaid recipients and those covered by the health care benefit programs listed above. Mr. S told Ms. Samba that he had applied to practice medicine in the District of Columbia, and that while his application was pending he was being supervised by a doctor who was licensed in the District of Columbia. Ms. Samba failed to confirm with the doctor that the doctor would be supervising Mr. S, and hired Mr. S without confirming that any medical doctor, licensed to practice medicine in the District of Columbia, would be supervising Mr. S. Ms. Samba also failed to fire Mr. S when she learned that he was writing prescriptions, using other doctors' names and "DEA" numbers. From April to the end of September 2006, Ms. Samba employed Mr. S in her clinic as a "psychiatrist," knowing full well that he was not authorized to practice as a medical doctor.

During this same time, from in or about April 2006 to the end of September 2006, Ms. Samba submitted bills to the health care benefit programs listed above for medical doctor services performed or allegedly performed by Mr. S. Ms. Samba used "doctor" codes indicating that the services were performed by a doctor, when they had not. Because Mr. S was not a licensed physician, Ms. Samba used the names of actual licensed doctors falsely claiming that

they had been the physicians rendering the services. As a result of these false bills, Ms. Samba's clinic received payment of approximately $15,759 from the health care benefit programs. In sum, Ms. Samba wrongfully obtained $15,759 from health care benefit programs by obtaining the money by false pretenses with the intent to appropriate the money for her own use or the use of a third person.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
Virginia.Cheatham@usdoj.gov
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 8/29/08

_____
Mary Samba
Defendant

I have discussed this Statement of Offense with my client. I concur with her decision to stipulate to this Statement of Offense.

Date: 8-29-08

_____
Wendell C. Robinson, Esq.
Attorney for the Defendant