**U.S. Department of Justice**
**U.S. Attorneys**

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

MARY SAMBA

: 

: 

: 

: Case No.  08-229  (CKK)

: 

: 

**FILED**

**AUG 2 9 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ____29th____ day of ____August 2008____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Sept. 9, 2008__ by _HHS SA Tracy McFadden & MPD Detective Sam Woodson_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __415 4th Street, SW__

_____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _HHS SA Tracy McFadden & MPD Detective Sam Woodson_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (XXXXXXXXXXXX) Colleen Kollar-Kotelly

DOJ USA-16-1-80

DEFENSE COUNSEL