UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Criminal No. 08-0229 (CKK) |
| : | |
| **v.** : | |
| : | |
| **MARY SAMBA,** : | |
| **Defendant.** : | |

## UNOPPOSED MOTION TO SEAL
## ATTACHMENT A OF THE PLEA AGREEMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to seal attachment A to the plea agreement. In support of this motion, the government states as follows:

1. On August 29, 2008, the defendant in this case pleaded guilty to the second count of an Information charging Count One, 18 U.S.C. §1347 (health care fraud), and Count Two, D.C. Code §22-3211(b)(2) and 22-3212(b) (Theft in the Second Degree).

2. The defendant agreed to restitution, outlined in the plea agreement's attachment which sets forth the patient names, dates of service, insurance carriers (if applicable), amounts paid by the patient, and amounts paid by the insurance (if any). This schedule is identified in the plea agreement as Attachment A. Significantly, this attachment lists the first and last names of the patients who sought and received mental health treatment. The attachment cannot be meaningfully redacted as the restitution is owed, at times, to the individual patients, as they paid co-payments with the insurance payments, or they "self-paid" with no corresponding insurance payments. However, revealing the names of these mental health patients in a public filing would be an invasion of their privacy.

3.  Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify sealing of the attachment A.

4.  Defense counsel does not oppose this request.

WHEREFORE, the government respectfully requests that this motion be granted.

> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> United States Attorney
> for the District of Columbia

By:  _____/s/_____
> VIRGINIA CHEATHAM
> Assistant U.S. Attorney
> Bar No. 411980
> Virginia.Cheatham@usdoj.gov
> 555 4th Street, N.W.
> Washington, D.C.  20530
> (202) 514-9732
> Respectfully submitted,

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2008, that a copy of the foregoing Motion to Seal and proposed Order was served on Wendell C. Robinson, Esq., counsel for Mary Samba via ECF and facsimile.

> _____/s/_____
> Virginia Cheatham
> Assistant United States Attorney
> 555 4th Street, N.W., 5th Floor
> Washington, D.C. 20001
> (202) 514-9732

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 08-0229 (CKK) |
| | : | |
| v. | : | |
| | : | |
| **MARY SAMBA,** | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court upon the government's unopposed Motion to Seal Attachment A of the Plea Agreement. For the reasons stated therein, it is this ___ day of September 2008,

ORDERED that Attachment A shall be sealed until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Virginia Cheatham
Assistant U.S. Attorney
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

Wendell C. Robinson, Esq.
4308 Georgia Avenue, N.W.
Washington, D.C. 20011